March 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SOUTH CENTRAL HOUSTON ACTION D/B/A CENTRAL CARE
COMMUNITY HEALTH CARE, Appellant

NO. 14-15-00088-CV                               V.

BRENDA STEWART, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on January 13, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, South Central Houston Action d/b/a Central Care Community Health Care.

We further order this decision certified below for observance.